# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Caitlin Hudson | : |
|       Plaintiff, | : <br> : <br> :    C.A. No.: 1:24-cv-1307 |
| -vs- <br> Equifax Information Services, LLC, <br> Experian Information Solutions, Inc., <br> Trans Union, LLC, | : <br> : <br> : <br> : |
|       Defendant. | : <br> : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Experian Information Solutions, Inc., in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 3, 2025

| | |
|---|---|
| /s/Antranig N. Garibian | /s/Travis Steven Hunter |
| Antranig N. Garibian (Bar No. 4962) | Travis Steven Hunter |
| Brandywine Plaza East | Richards Layton & Finger, PA |
| 1523 Concord Pike, Suite 400 | One Rodney Square Suite 600 |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| 302-722-6885 | 302-651-7564 |
| Email: ag@garibianlaw.com | Email: Hunter@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Experian Information Solutions, Inc.* |

SO ORDERED this ___6th___ day of ___January___, 2025.

                                                      /s/ Richard G. Andrews
                                                    United States District Judge